IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN G. HEDDERMAN,** | Case No. 14-cv-03906-VC |
| Petitioner, | **[~~PROPOSED~~] ORDER** |
| v. | |
| **SAN MATEO COUNTY SHERIFF,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until March 10, 2015 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: January 23, 2015

_____

The Honorable Vince Chhabria

1