IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN G. HEDDERMAN,** | Case No. 14-cv-03906-VC |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **SAN MATEO COUNTY SHERIFF,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the San Mateo County Probation Officer's Report, Exhibit 9, be filed under seal.

Dated: March 12, 2015

The Honorable Vince Chhabria