JOHN G. HEDDERMAN
12801 Norwalk
Norwalk, Ca. 90650

John G. Hedderman, Petitioner in pro per

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN G. HEDDERMAN, | Case No.: 14-cv-03906-VC |
| Petitioner, | (~~PROPOSED~~) ORDER |
| vs. | |
| SAN MATEO COUNTY, | |
| Respondents. | |

GOOD CAUSE APPEARING, it is hereby ordered that petitioner have until June 19, 2015 to file a clarification.

DATED: ~~May 25~~ June 4, 2015

/s/ Vince Chhabria
The Honorable Vince Chhabria

Order                                    Page - 1 -